| | |
|---|---|
| Robert S. Ross (SBN 218913)<br>**ROSS LAW**<br>15332 Antioch Street, N. 148<br>Los Angeles, California 90272<br>T: (310) 562-110<br>E: ross@rosslawinc.com<br><br>*Attorneys for Plaintiff and Counter-Defendants Michael Sinel and MSSMD Investments, Inc.* | Wendy M. Thomas (SBN 268695)<br>Betty T. Huynh (SBN 315880)<br>**TADJEDIN THOMAS &<br>ENGBLOOM LAW GROUP LLP**<br>6101 West Centinela Avenue, Suite 270<br>Culver City, CA 90230<br>T: (310) 362-4970<br>E: wendyt@ttelawgroup.com<br>E: bettyh@ttelawgroup.com<br><br>*Attorneys for Defendants and Counter-Claimants Genexa, Inc., Max Spielberg, and David Johnson* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL SINEL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GENEXA, INC., a Delaware corporation; MAX SPIELBERG, an individual; DAVID JOHNSON, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>GENEXA, INC., a Delaware corporation; MAX SPIELBERG, an individual; DAVID JOHNSON, an individual;<br><br>    Counter-Claimants.<br><br>v.<br><br>MICHAEL SINEL, an individual, and MSSMD INVESTMENTS, INC., a Delaware Corporation, and MOES 1 through 20,<br><br>    Counter-Defendants. | Case No. 2:22-cv-03961-FMO (MAAx)<br><br>[Lower Court Case No.: 21SMCV01977 Los Angeles County Superior Court, Santa Monica Courthouse]<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND COUNTER-CLAIMANTS' COUNTERCLAIM**<br><br>Complaint Filed: December 20, 2021<br>First Amended Complaint: May 6, 2022<br>Counterclaim Filed: June 24, 2022<br>Trial Date: August 22, 2023 |

Pursuant to the Joint Stipulation to Dismiss Plaintiff's First Amended Complaint and Counter-Claimants' Counterclaim filed by MICHAEL SINEL ("Plaintiff") and MSSMD INVESTMENTS, LLC, and Counter-Claimants GENEXA, INC., MAX SPIELBERG, and DAVID JOHNSON (collectively, "Counter-Claimants") and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiff's First Amended Complaint is dismissed with prejudice.
2. Counter-Claimants' Counterclaim is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 5, 2023

/s/
HON. FERNANDO M. OLGUIN
United States District Court Judge